UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00180-LK |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GLAUCO GUARDADO RODRIGUEZ, | |
| Defendant. | |

This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 412, seeking to forfeit to the United States Defendant Glauco Guardado Rodriguez's interest in the following property (the "Subject Property"):

- $2,454 in U.S. currency;

- One Glock 42 .38 caliber pistol, bearing serial number ABCB310, associated magazine, and any associated ammunition; and

- One Remington M1911A1 .45 caliber pistol, bearing serial number 1530394, associated magazine, and any associated ammunition.

FINAL ORDER OF FORFEITURE - 1

The Court, having reviewed the Government's Motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On September 19, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) as property that facilitated or constitutes proceeds of Mr. Guardado Rodriguez's commission of Conspiracy to Distribute Controlled Substances. Dkt. No. 326 at 2.

- The Court also found that the firearms and ammunition referenced above are forfeitable pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), as firearms that were involved in Mr. Guardado Rodriguez's commission of Possession of a Firearm in Furtherance of a Drug Trafficking Crime. *Id.* at 2–3.

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 368, and provided direct notice to three potential claimants as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), *see* Dkt. No. 413 at 1–2.

- The time for filing third-party claims to the Subject Property has expired, and none were filed. Dkt. No. 412 at 3.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States;

FINAL ORDER OF FORFEITURE - 2

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law; and

4. The Court will retain jurisdiction for the purpose of enforcing the Final Order of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 29th day of January, 2025.

*Lauren King*

Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 3